[No. 17814-5-III.    Division Three.    September 14, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGIO GARCIA D., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-1-00557-8, Victor H. Lara, J., entered September 1, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 22546-8-II.    Division Two.    September 17, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS E. STENGEL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 97-1-00197-1, David E. Foscue, Gordon Godfrey, and Faith Ireland, JJ., entered October 6, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 23117-4-II.    Division Two.    September 17, 1999.]

*In the Matter of the Marriage of* GARY J. PAPE, *Appellant*, and MARGARET JOHNSON-PAPE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-3-05088-8, Frederick B. Hayes, J., entered March 6, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 23305-3-II.    Division Two.    September 17, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON A. MONTGOMERY, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 98-1-00003-7, Joel M. Penoyar, J., entered May 18, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Hunt, JJ.